IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JOSEPH D. DEWITT<br>[DOB: 09/16/1976],<br><br>　　　　　　　Defendant. | No. 21-3041-01-CR-S-DPR<br><br>18 U.S.C. § 641<br>(Theft of Government Property)<br>NMT 1 Year Imprisonment<br>NMT $100,000 Fine<br>NMT 1 Year Supervised Release<br>Class A Misdemeanor<br><br>Mandatory Order of Restitution<br>$25 Special Assessment<br>(per count of conviction) |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT**:

On or between January 27, 2019, and continuing through on or about June 25, 2019, said dates being approximate, in Christian County, within the Western District of Missouri, the defendant, **JOSEPH D. DEWITT**, willfully and knowingly did steal, purloin, and convert to his own use timber, of the goods and property of the United States, in violation of Title 18, United States Code, Section 641.

Respectfully submitted,
TERESA A. MOORE
Acting United States Attorney

_/s/ Casey Clark_
CASEY CLARK
Assistant United States Attorney

DATED: 4/19/21
Springfield, Missouri